JOHN M. SMITH, RESPONDENT, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF MONMOUTH ET AL., APPELLANTS.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *Quinn, Parsons & Doremus.*

For the appellants, *William A. Stevens.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.